# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STANLEY R. SCOTT,

       Plaintiff,                  :        Case No. 3:06-cv-390

                                      District Judge Thomas M. Rose
   -vs-                             Chief Magistrate Judge Michael R. Merz
                              :

JUDGE WELBAUM, et al.,

       Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that  this action be dismissed without prejudice for want of prosecution.

May 8, 2007                                    **s/THOMAS M. ROSE**

       .

                                                  Thomas M. Rose
                                          United States District Judge